IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02944-MSK

BONNIE SIPP,

    Plaintiff,

v.

THE KROGER COMPANY;
SEDGWICK CLAIMS;
MANAGEMENT SERVICES INC.; and
HENRY VELASQUEZ,

    Defendants.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Teller County District Court. Plaintiff's state court action asserts bad faith handling of a workers' compensation claim, wrongful discharge in retaliation for filing a workers' compensation claim, and civil conspiracy to wrongfully terminate Plaintiff's employment. Neither the original nor the first amended complaint expressly quantify the amount in controversy.

The asserted basis of federal jurisdiction is 28 U.S.C. § 1442. Assuming, without deciding, that an individual, non-diverse defendant was fraudulently joined and thus should be disregarded, diversity among the parties may exist. However, there is an insufficient factual showing to establish that the amount of controversy exceeds $75,000. The only factual representation is that the Plaintiff could earn $30,000 per year. From this, alone, the Defendant concludes that the Plaintiff's "claims for damages would certainly and easily exceed the $75,000

threshold". Such fact is insufficient to demonstrate that the amount of controversy meets the jurisdictional requirement.

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208 (D. Colo. 2007), there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Teller County District Court.

DATED this 17th day of November, 2011.

                                            **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge